## No. 7407.

### G. W. SENTELL & CO. VS. AMANDA BONNER.

A want of consideration and a failure of consideration of an obligation are equally fatal. Forbearance to sue for a time will support a promise, but if there has been no forbearance, or not for the time agreed on, the promise that was founded upon it cannot be enforced.

APPEAL from the District Court for Rapides. BLACKMAN, J.

*Bowman* for Plaintiffs Appellants. *Ryan* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.